IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTIE KAI EVANS, et al. | : |
| Plaintiffs, | : |
| v. | : Case Number: 1:06CV01972 |
| | Judge: Rosemary M. Collyer |
| UNITED STATES OF AMERICA | : |
| Defendant. | : |

### AFFIDAVIT OF MAILING

COMES NOW, Joyce M. Notarius, Esquire, Attorney for Plaintiff, who deposes and says:

(1) On November 27, 2006 the Summons in a Civil Action, Civil Cover Sheet and Complaint was mailed to defendant, United States of America, to the attention of Jeffrey A. Taylor, U.S. Attorney for the District of Columbia and Alberto R. Gonzales, Attorney General, by certified mail, as more fully appears on the Receipts for Certified Mail as Article Numbers 7160 3901 9842 6220 9887 and 7160 3901 9842 6220 9894, attached to this Affidavit.

(2) On or about December 6, 2006, agents of Jeffrey A. Taylor, U.S. Attorney for the District of Columbia and Alberto R. Gonzales, Attorney General, agents for defendant, United States of America, did receive and sign for the aforesaid documents, as more fully appears on the return receipt attached to this Affidavit.

CADEAUX, TAGLIERI & NOTARIUS, P.C.

_____
Joyce M. Notarius, Esq.
1100 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
Telephone (202) 785-3373
Attorney for Plaintiff

The foregoing Affidavit of Mailing was sworn and subscribed to before me this 4th day of January, 2007.

_____
Notary Public

My Commissioner Expires:

MELISSA M. LEELING
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2010

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing plaintiff's Affidavit of Mailing was mailed, postage prepaid, this 4 day of January 2007 to:

United States of America
c/o Jeffrey A. Taylor
United States Attorney for the
  District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

United States of America
Alberto R. Gonzales
Attorney General
Department of Justice
10th & Constitution Avenue, N.W.
Washington, D.C. 20530

_____
Joyce M. Notarius, Esq.

Case Number: 1:06CV01972             Judge: Rosemary M. Collyer

7140 0920 7016 9496 2442 0229 9887

**US Postal Service**
**Certified Mail Receipt**
*Domestic Mail Only No Insurance Coverage Provided*

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here
11/27/06

Sent To:
UNITED STATES OF AMERICA
c/o Jeffrey A. Taylor
U.S. Attorney for the District of
Columbia
555 4th Street, N.W.
Washington, D.C. 20530

PS Form 3800, January 2003     US Postal Service     **Certified Mail Receipt**

EVANS 030169                                                    2



Case Number: 1:06CV01972         Judge: Rosemary M. Collyer

| US Postal Service **Certified Mail Receipt** *Domestic Mail Only No Insurance Coverage Provided* | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | 11/27/06 |
| Total Postage & Fees | $ | |

7160 3901 9842 6220 9894

Sent To:
UNITED STATES OF AMERICA
c/o Alberto R. Gonzales
Attorney General
Department of Justice
10th & Constitution Avenue, N.W.
Washington, D.C. ~~XXXX~~ 20530

PS Form 3800, January 2003        US Postal Service        **Certified Mail Receipt**

EVANS 030169                                                             2

