UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| KRISTIE KAI EVANS <br> 8213 Constellation Lane <br> Houston, TX 77075 <br><br> and <br><br> AISHA JACKSON HACKLEY <br> 1700 Owens Road <br> Oxon Hill, MD 20745 <br><br>     Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA <br> Serve: <br> Jeffrey A. Taylor <br> United States for the District of Columbia <br> 555 4th Street, N.W. <br> Washington, D.C. 20530 <br><br> Serve Also: <br> Alberto R. Gonzales <br> Attorney General <br> Department of Justice <br> 10th & Constitution Avenue, N.W. <br> Washington, D.C. 20530 <br><br> Serve Also: <br> John T. Caulfield <br> General Counsel <br> United States Capitol Police <br> 499 South Capitol Street, S.W. <br> Suite 820 <br> Washington, D.C. 20003 <br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 06-1972 (RMC) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                          Respectfully submitted,

                                          /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137