UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTIE KAI EVANS<br>8213 Constellation Lane<br>Houston, TX 77075,<br><br>AISHA JACKSON HACKLEY<br>1700 Owens Road<br>Oxon Hill, MD 20745,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>555 4th St., N.W.<br>Washington, DC 20530,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A No. 1:06CV01972 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ANSWER

Defendant United States of America, by and through its undersigned counsel, hereby answers the complaint in this case.

First Defense

The complaint fails to state a claim upon which relief can be granted.

Second Defense

Any injuries sustained by plaintiffs were proximately caused by the negligence of Plaintiff Kristie Kai Evans.

Third Defense

Plaintiff Kristie Kai Evans had the last clear chance to prevent or avoid the accident in which plaintiffs claim to have suffered injuries.

Fourth Defense

Answering the unnumbered and numbered allegations of the complaint, defendant states as follows:

1. Paragraph 1 sets forth plaintiff's allegations regarding jurisdiction, to which no response is required.

2. Admitted.

3. Paragraph 3 sets forth a conclusion of law, not an averment of fact, to which no response is required.

4. Admitted.

5. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

6. First sentence, admitted. Second sentence, denied.

7. Denied, except to admit that plaintiffs' vehicle collided with a vehicle traveling southbound on Washington Avenue, S.W.

8. Denied.

9. Denied.

10. Denied.

The last two unnumbered paragraph of the complaint set forth plaintiffs' prayer for relief to which no response is required. To the extent a response may be deemed necessary, defendant denies that plaintiffs are entitled to the relief sought or to any relief whatsoever.

WHEREFORE, having fully answered, defendant asks the Court to enter judgment for Defendant, dismiss the Complaint with prejudice and grant Defendant such other and further

relief as the Court deems just, equitable, and proper.

                                    Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

OF COUNSEL:

GRETCHEN E. DeMAR
Acting General Counsel
United States Capitol Police