IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTIE KAI EVANS, et al. : | |
| Plaintiffs, : | |
| v. : | Case Number: 1:06CV01972 |
|  | Judge: Rosemary M. Collyer |
| UNITED STATES OF AMERICA : | |
| Defendant. : | |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE
FOR FAILURE TO APPEAR AT SCHEDULING CONFERENCE**

Counsel for plaintiff respectfully apologizes to the Court for failing to appear at the Scheduling Conference scheduled for this morning, April 20, 2007. Plaintiffs and defendant had arrived at a resolution of the matter and after having both her clients sign the Stipulation for Compromise Settlement, Release of Federal Tort Claims Act Claims Pursuant To 28 U.S.C. § 2677 and Order of Dismissal of this Action, counsel for plaintiff had forwarded the document to counsel for defendant and then lost track of the Scheduling Conference. In retrospect, counsel for plaintiff should have notified the Court of the settlement once it occurred rather than expecting that the proper paperwork would make its way to the Court prior to the Scheduling Conference.

Accordingly, counsel for plaintiff requests that the Court not dismiss the case for lack of prosecution. Counsel for plaintiff expects that the Court will receive the Stipulation for Compromise Settlement, Release of Federal Tort Claims Act Claims Pursuant To 28 U.S.C. § 2677 and Order of Dismissal of this Action very shortly.

CADEAUX, TAGLIERI & NOTARIUS, P.C.


/s/   Joyce M. Notarius
Joyce M. Notarius, Esq.   #943712
1100 Connecticut Avenue, N.W.
Suite 800
Washington, D.C.  20036
Telephone (202) 785-3373
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Response to Order to Show Cause for Failure to Appear at Scheduling Conference was mailed, postage prepaid, this ___20th___ day of April 2007 to:

Claire Whitaker, Esq.
Assistant United States Attorney
555 4th Street, N.W. Room #-4204
Washington, D.C. 20530


/s/   Joyce M. Notarius
Joyce M. Notarius, Esq.